IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, PARTNER FUSION, INC., RESERVATION COUNTER, LLC,<br><br>Plaintiffs,<br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, CHOICE HOTELS INTERNATIONAL, INC., HILTON DOMESTIC OPERATING COMPANY, INC., HYATT HOTELS CORPORATION, MARRIOTT INTERNATIONAL, INC., RED ROOF INNS, INC., SIX CONTINENTS HOTELS, INC., WYNDHAM HOTEL GROUP, LLC,<br><br>Defendants. | Civil Action No. 5:18-cv-153-RWS-CMC<br><br>JURY DEMANDED |

**NOTICE OF RELATED DECISION**

The undersigned Defendants hereby advise the Court that, on March 21, 2019, Judge Pallmeyer of the Northern District of Illinois entered a Memorandum Opinion and Order denying the motion to dismiss filed in the related *Tichy v. Hyatt Hotels Corporation, et al.*, Case No. 1:18-cv-01959 (N.D. Ill.), action. (*See* Appendix A.) Defendants respectfully submit that this development bears on, among other things, Defendants' pending Motion to Transfer Venue (Dkt. 50), aspects of certain Defendants' Joint Motion to Dismiss (Dkt. 53), and Defendants' request for a limited stay and/or coordination of email and deposition discovery with the *Tichy* case that was set forth in the parties' Joint Conference Report (Dkt. 84 at 17-18).

Defendants will discuss the impact of Judge Pallmeyer's order in their forthcoming Reply briefs in support of the Motion to Transfer Venue and the Motion to Dismiss, and look forward to discussing its impact on the pending request for a limited stay with this Court at the March 27

Scheduling Conference.

Dated: March 21, 2019                                   Respectfully submitted,

/s/ Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON
& CORNELIUS, P.C.
909 ESE Loop 323, Ste. 400
Tyler, Texas 75701
Tel: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

Carrie C. Mahan
Brianne L. Kucerik
WEIL GOTSHAL & MANGES LLP
2001 M Street, N.W., Ste. 600
Washington, D.C. 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
carrie.mahan@weil.com
brianne.kucerik@weil.com

Olivia Greer
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (202) 310-8007
olivia.greer@weil.com

*Counsel for Defendant
Hilton Domestic Operating Company
Inc.*

/s/ William E. Davis, III
William E. Davis, III
DAVIS FIRM P.C.
213 North Fredonia
Longview, TX 75601
Tel: (903) 230-9090
bdavis@bdavisfirm.com

David E. Zerhusen
COZEN O'CONNOR
3753 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
Tel: (702) 470-2320
Fax: (702) 470-2355
dzerhusen@cozen.com

Lezlie Madden
COZEN O'CONNOR
1650 Market Street, Ste. 2800
Philadelphia, PA 19103
Tel: (215) 665-7286
Fax: (215) 701-2127
lmadden@cozen.com

David Reichenberg
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Tel: (212) 883-4956
Fax: (212) 986-0604
dreichenberg@cozen.com

*Counsel for Caesars Entertainment Corporation*

*/s/ Maria Wyckoff Boyce*
Maria Wyckoff Boyce
HOGAN LOVELLS US LLP
609 Main Street, Ste. 4200
Houston, TX 77002
Tel: (713) 632-1410
Fax: (713) 632-1401
maria.boyce@hoganlovells.com

Justin W. Bernick
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
justin.bernick@hoganlovells.com

*Counsel for Defendant*
*Choice Hotels International, Inc.*


*/s/ Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH
303 S. Washington Ave.
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Sean M. Berkowitz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 933-9767
sean.berkowitz@lw.com

Christopher S. Yates
Brendan A. McShane
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com
brendan.mcshane@lw.com

*Counsel for Defendant*
*Hyatt Hotels Corporation*

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Cole A. Riddell
Texas Bar No. 24105423
HALTOM & DOAN
6500 Summerhill Rd., Ste. 100
Texarkana, Texas 75503
Tel: (903) 255-1000
Fax: (903) 255-0800
jdoan@haltomdoan.com
criddell@haltomdoan.com

Shari Ross Lahlou
Jeffrey L. Poston
Luke van Houwelingen
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
SLahlou@crowell.com
JPoston@crowell.com
LvanHouwelingen@crowell.com

*Counsel for Defendant*
*Marriott International, Inc.*

/s/ Robert S. Hill
Robert S. Hill (Lead Counsel)
Texas Bar No. 24050764
Kelly F. Bagnall
Texas Bar No. 7375800
HOLLAND & KNIGHT LLP
200 Crescent Court, Ste. 1600
Dallas, TX 75201
Tel: (214) 964-9500
Fax: (214) 964-9501
Robert.Hill@hklaw.com
Kelly.Bagnall@hklaw.com

Mark Goracke
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Tel: (617) 305-2146
Fax: (617) 523-6850
mark.goracke@hklaw.com

*Counsel for Defendant Red Roof Inns, Inc.*


/s/ Jeremiah J. Anderson
Jeremiah J. Anderson
Texas Bar No. 24040432
KING & SPALDING LLP
1100 Louisiana St., Ste. 4000
Houston, TX 77002
Tel: (713) 751-3200
Fax: (713) 751-3290
jjanderson@kslaw.com

Jeffrey S. Cashdan
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Tel: (404) 572-4818
Fax: (404) 572-5100
jcashdan@kslaw.com

*Counsel for Defendant*
*Six Continents Hotels, Inc.*

/s/ Lance Lee
Lance Lee
Texas Bar No. 24004762
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
Tel: (903) 223-0276
Fax: (903) 223-0210
wlancelee@gmail.com

                                      Paula J. Morency
                                      Ann H. MacDonald
                                      Michael K. Molzberger
                                      SCHIFF HARDIN LLP
                                      233 S. Wacker Drive, Ste. 7100
                                      Chicago, IL 60606
                                      Tel: (312) 258-5500
                                      Fax: (312) 258-5600
                                      pmorency@schiffhardin.com
                                      amacdonald@schiffhardin.com
                                      mmolzberger@schiffhardin.com

                                      Robert J. Wierenga
                                      SCHIFF HARDIN LLP
                                      350 South Main Street, Ste. 210
                                      Ann Arbor, MI 48104
                                      Tel: (734) 222-1500
                                      Fax: (734) 222-1501
                                      rwierenga@schiffhardin.com

                                      *Counsel for Defendant*
                                      *Wyndham Hotel Group LLC*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 21st day of March, 2019.

                                      */s/ Melissa R. Smith.*
                                      Melissa R. Smith