IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

JUDGE CAROLINE M. CRAVEN
LAW CLERK JENNIFER ORGERON
COURTROOM DEPUTY NICOLE PEAVY
COURT REPORTER CINDY DONALD

| | | |
|---|---|---|
| TRAVELPASS GROUP, LLC, <br> PARTNER FUSION, INC., <br> RESERVATION COUNTER, LLC <br> <br> Plaintiffs, <br> <br> v. <br> <br> CAESARS ENTERTAINMENT <br> CORPORATION, CHOICE HOTELS <br> INTERNATIONAL, INC., HILTON <br> DOMESTIC OPERATING COMPANY, <br> INC., HYATT HOTELSCORPORATION, <br> MARRIOTT INTERNATIONAL, INC., <br> RED ROOF INNS, INC., SIX <br> CONTINENTS HOTELS, INC., <br> WYNDHAM HOTEL GROUP, LLC. | § § § § § § § § § § § § § § § § § | NO. 5:18-CV-153-RWS-CMC |

**ATTORNEYS FOR PLAINTIFFS:** CHRISTOPHER W. PATTON, JASON H. KIM, RUBEN A. GARCIA, CHRISTOPHER J. SCHWEGMANN

**ATTORNEYS FOR DEFENDANT CAESARS ENTERTAINMENT CORP.:** LESLIE MADDEN, DAVID REICHENBERG, WILLIAMS E. DAVIS, III

**ATTORNEYS FOR DEFENDANT CHOICE HOTELS INTERNATIONAL:** JUSTIN W. BERNICK, MICHAEL E. JONES

**ATTORNEYS FOR DEFENDANT HILTON DOMESTIC OPERATING COMPANY INC.:** CARRIE C. MAHAN, JENNIFER P. AINSWORTH, OLIVIA J. GREER

**ATTORNEYS FOR DEFENDANT HYATT HOTELS CORPORATION:** BRENDAN A. MCSHANE, MELISSA R. SMITH

**ATTORNEY FOR DEFENDANT MARRIOTT INTERNATIONAL INC.:** COLE A.

**RIDDELL, JENNIFER H. DOAN, SHERI R. LAHLOU, LUKE VAN HOUWELINGEN**

**ATTORNEYS FOR DEFENDANT RED ROOF INN INC.: ROBERT S. HILL**

**ATTORNEYS FOR SIX CONTINENTS HOTELS INC.: JEFFREY S. CASHDAN, LOHR A. BECK-KEMP, SHANNON M. DACUS**

**ATTORNEYS FOR DEFENDANT WYNDHAM HOTEL GROUP LLC: LANCE LEE, PAULA J. MORENCY, ROBERT J. WIERENGA**

04/17/19

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 8:58 | Matter called for Scheduling Conference. |
| 8:59 | Plaintiff's announcements. |
| 9:00 | Court reviews hearing agenda. |
| 9:01 | Jennifer Doan, counsel for Marriott, discusses limited stay, transfer of venue and ESI discovery. Review of slides. |
| 9:06 | Court discusses transfer of venue request. |
| 9:06 | Jennifer Doan discusses transfer details. |
| 9:08 | Chris Patton, for Plaintiff, in opposition to motion to transfer. |
| 9:13 | Jennifer Doan discusses the ESI discovery/ depositions and the similar case. Review of slides regarding Motorola case on discovery. Submitted copies of the case law. |
| 9:16 | Court sets trial before Judge Robert Schroeder for October 2020. |
| 9:17 | Chris Schwegmann for Plaintiff regarding ESI. |
| 9:19 | Jennifer Doan rebuttal on ESI and agreements with Plaintiff. |
| 9:23 | Court agrees to standard order terms. Parties are able to discuss any changes or discrepancies with the Court. |
| 9:24 | Counsel for Six Continents, Jeff Cashadan and Jennifer Doan clarify time and deadlines re: pretrial disclosures and dispositive with the trial date. |
| 9:26 | Plaintiffs' counsel, Schwegmann notes agreement on dates. |
| 9:28 | Recess. |
| 9:37 | Carrie Mahan, for Defendant Hilton Hotels, defending Doc. no. 50 Motion to Change Venue by all Defendants. Slides viewed. |
| 9:53 | Jason Kim, counsel for Plaintiff, in opposition of motion to transfer venue. |
| 10:04 | Ms. Mahan redirect. |
| 10:08 | Shari Lahlou, for Defendant Marriott, for Doc. no 53 Joint Motion to Dismiss (Hilton, Hyatt, Marriott, Red Roof, Six Continents and Wyndham). Reviews slides. |
| 10:38 | Recess |
| 10:45 | Mr. Schwegmann in opposition to Doc. No. 53 (Joint Motion to Dismiss). Review |

|       |                                                                                                    |
|-------|----------------------------------------------------------------------------------------------------|
|       | of slides.                                                                                         |
| 11:23 | Shari Lahlou, Counsel for Marriott rebuts Plaintiffs' claims and arguments.                        |
| 11:25 | Justin Bernick, Counsel for Choice Hotels, direct on Choice Hotels Motion to Dismiss (Doc. no. 56). |
| 11:32 | Mr. Schwegmann, in opposition to Choice Hotels argument on the Motion to Dismiss.                  |
| 11:37 | Mr. Bernick redirect.                                                                              |
| 11:38 | David Reichenberg, Counsel for Caesars, presents Motion to Dismiss by Caesars Entertainment Corp (Doc. no. 55). |
| 11:42 | Mr. Schwegmann, for Plaintiff opposing Caesars Entertainment Corp argument on the Motion to Dismiss. |
| 11:45 | Redirect by Mr. Reichenberg.                                                                       |
| 11:47 | Court advises of Report and Recommendation timeline.                                               |
| 11:48 | Adjourn.                                                                                           |
|       |                                                                                                    |