**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| TRAVELPASS GROUP, LLC, PARTNER FUSION, INC., and RESERVATION COUNTER, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:18-cv-00153-RWS-CMC |
| CAESARS ENTERTAINMENT CORPORATION, CHOICE HOTELS INTERNATIONAL, INC., HILTON DOMESTIC OPERATING COMPANY, INC., HYATT HOTELS CORPORATION, MARRIOTT INTERNATIONAL, INC., RED ROOF INNS, INC., SIX CONTINENTS HOTELS, INC., and WYNDHAM HOTEL GROUP LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT HILTON DOMESTIC OPERATING COMPANY, INC.'S
<u>NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG</u>**

Pursuant to the Federal Rules of Civil Procedure and the Court's Docket Control Order (Doc. No. 115), Defendant Hilton Domestic Operating Company Inc. ("Hilton") hereby files this Notice confirming that Hilton is not withholding any documents under a claim of privilege.

Dated: June 17, 2019            Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON
  & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

Carrie C. Mahan
Brianne L. Kucerik
WEIL GOTSHAL & MANGES LLP
2001 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940
carrie.mahan@weil.com
brianne.kucerik@weil.com

Randi W. Singer
Olivia J. Greer
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (202) 310-8007
randi.singer@weil.com
olivia.greer@weil.com

*Attorneys for Defendant*
*Hilton Domestic Operating Company Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 17th day of June, 2019.

                                                        */s/ Jennifer P. Ainsworth*
                                                        Jennifer P. Ainsworth