## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **TRAVELPASS GROUP, LLC,** | § | |
| **PARTNER FUSION, INC.,** | § | |
| **RESERVATION COUNTER, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | |
| | § | |
| | § | **NO. 5:18-cv-153-RWS-CMC** |
| **CAESARS ENTERTAINMENT** | § | |
| **CORPORATION, CHOICE HOTELS** | § | |
| **INTERNATIONAL, INC., HILTON** | § | |
| **DOMESTIC OPERATING COMPANY,** | § | |
| **INC., HYATT HOTELS** | § | |
| **CORPORATION, MARRIOTT** | § | |
| **INTERNATIONAL, INC., RED ROOF** | § | |
| **INNS, INC., SIX CONTINENTS** | § | |
| **HOTELS, INC.,** | § | |
| **WYNDHAM HOTEL GROUP, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC's (collectively "Plaintiffs") and Defendant Hyatt Hotels Corporation's ("Hyatt Hotels") Joint Motion to Substitute Hyatt Corporation ("Hyatt Corp.") for Hyatt Hotels Corporation as a Party Defendant (the "Joint Motion") (Dkt. 150).  Upon consideration, the Court finds the Joint Motion (Dkt. 150) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Hyatt Corp. is hereby substituted as a Defendant to this action in place of Defendant Hyatt Hotels, such that all claims made against Defendant Hyatt Hotels are now made against Hyatt Corp.  The Court directs the Clerk to add Hyatt Corp. as a Defendant in this action.  All counsel information for Defendant Hyatt Corp. shall remain identical to Hyatt Hotels.

**IT IS FURTHER ORDERED** that Defendant Hyatt Hotels is **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' ability to refile its claims against Hyatt Hotels.

**IT IS FURTHER ORDERED** that this substitution and dismissal without prejudice does not affect any motion currently pending before the Court.

**IT IS SO ORDERED**.

**SIGNED this 24th day of June, 2019.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE