IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, PARTNER FUSION, INC., RESERVATION COUNTER, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, CHOICE HOTELS INTERNATIONAL, INC., HILTON DOMESTIC OPERATING COMPANY, INC., HYATT HOTELS CORPORATION, MARRIOTT INTERNATIONAL, INC., RED ROOF INNS, INC., SIX CONTINENTS HOTELS, INC, WYNDHAM HOTEL GROUP, LLC<br><br>Defendants. | Civil Action No. 5:18-cv-00153-RWS-CMC |

**JOINT MOTION TO DISMISS WITH PREJUDICE OF PLAINTIFFS AND HYATT CORPORATION UNDER FED. R. CIV. P. 41(a)(2) & (c)**

Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC ("Plaintiffs") and Defendant and Counterclaimant Hyatt Corporation ("Hyatt") (collectively, the "Parties"), by and through their respective counsel, hereby seek dismissal with prejudice of certain claims and counterclaims in the above-captioned action (the "Action").

WHEREAS, the Parties have resolved all differences in the Action;

NOW THEREFORE, the Parties move, pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), for this Court to order as follows:

1. Plaintiffs' claims in the Action against Hyatt are dismissed with prejudice;

2. Hyatt's counterclaims in the Action against Plaintiffs are dismissed with prejudice; and

3. The Parties shall bear their own costs and attorneys' fees in connection with the Action.

A proposed order is attached.

Dated: November 9, 2020

Respectfully submitted,

/s/ *Christopher J. Schwegmann*

Christopher J. Schwegmann
cschwegmann@lynnllp.com
Christopher W. Patton
cpatton@lynnllp.com
Jared D. Eisenberg
jeisenberg@lynnllp.com
Ruben A. Garcia
rgarcia@lynnllp.com
LYNN, PINKER, HURST & SCHWEGMANN, L.L.P.
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

Todd M. Schneider (*pro hac vice*)
tschneider@schneiderwallace.com
Jason H. Kim (*pro hac vice*)
jkim@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL KONECKY L.L.P.
2000 Powell Street, Suite 1400
Emeryville, California 94608
(415) 421-7100 Telephone
(415) 421-7105 Facsimile

*Counsel for Plaintiffs*
*TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC*

/s/ *Melissa R. Smith*

Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH
303 S. Washington Ave.
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Sean M. Berkowitz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 933-9767
sean.berkowitz@lw.com

Christopher S. Yates
Brendan A. McShane
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com
brendan.mcshane@lw.com

*Counsel for Defendant Hyatt Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 9th day of November, 2020.

                                                                                                              */s/ Melissa R. Smith*