IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, PARTNER FUSION, INC., RESERVATION COUNTER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, CHOICE HOTELS INTERNATIONAL, INC., HILTON DOMESTIC OPERATING COMPANY, INC., HYATT HOTELS CORPORATION, MARRIOTT INTERNATIONAL, INC., RED ROOF INNS, INC., SIX CONTINENTS HOTELS, INC., WYNDHAM HOTEL GROUP, LLC.,<br><br>Defendants. | Civil Action No. 5:18-cv-153-RWS-CMC |

## PLAINTIFFS' NOTICE OF DISCLOSURE

Pursuant to the Court's Seventh Amended Docket Control Order (Dkt. 457), Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC hereby notify the Court that they have served counsel for Defendants with their Trial Witness List via electronic mail on May 11, 2021.

Dated: May 11, 2021

By /s/ *Christopher J. Schwegmann*
Christopher J. Schwegmann
State Bar No. 24051315
cschwegmann@lynnllp.com
Samuel B. Hardy, IV
State Bar No. 24074360
shardy@lynnllp.com
Christopher W. Patton
State Bar No. 24083634
cpatton@lynnllp.com
Ruben A. Garcia
State Bar No. 24101787
rgarcia@lynnllp.com
Cory C. Johnson
State Bar No. 24046162
cjohnson@lynnllp.com
Rebecca L. Adams
State Bar No. 24098255
radams@lynnllp.com
**LYNN, PINKER, HURST & SCHWEGMANN, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

-and-

Todd M. Schneider (*pro hac vice*)
tschneider@schneiderwallace.com
Jason H. Kim (*pro hac vice*)
jkim@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY, L.L.P.**
2000 Powell Street, Suite 1400
Emeryville, California 94608
(415) 421-7100 Telephone
(415) 421-7105 Facsimile

*Attorneys for Plaintiffs*
*TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann