# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

JUDGE CAROLINE M. CRAVEN
LAW CLERK JENNIFER ORGERON
COURTROOM DEPUTY/ECRO HAILEE AMOX
COURT REPORTER APRIL HARGETT

| | | |
|---|---|---|
| TRAVELPASS GROUP, LLC, PARTNER FUSION, INC., RESERVATION COUNTER, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:18-CV-153-RWS-CMC |
| CAESARS ENTERTAINMENT CORPORATION, CHOICE HOTELS INTERNATIONAL, INC. HILTON DOMESTIC OPERATING COMPANY, INC., HYATT CORPORATION, MARRIOTT INTERNATIONAL, INC., RED ROOF INNS, INC., SIX CONTINENTS HOTELS, INC., WYNDHAM HOTEL GROUP, LLC, | § § § § § § § § § § § § | |
| Defendants. | § | |

**ATTORNEYS FOR PLAINTIFFS: CHRIS SCHWEGMANN, SAM HARDY, IV, REBECCA ADAMS, RUBEN GARCIA**

**ATTORNEYS FOR DEFENDANT MARRIOTT: JENNIFER DOAN, COLE RIDDELL, JEFF POSTON, SHARI LAHLOU, THERESA COETZEE (IN HOUSE)**

**ATTORNEYS FOR DEFENDANT CHOICE HOTELS: JUSTIN BERNICK, MIKE JONES**

**ATTORNEYS FOR DEFENDANT SIX CONTINENTS: JEFFREY CASHDON, STEVEN ZAGER**

06/16/21

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 9:29 | Matter called for hearing on the following motions: |

|  | • SEALED MOTION for Sanctions by Partner Fusion Inc, Reservation Counter LLC, Travelpass Group LLC (Docket Entry #463)<br><br>• SEALED MOTION to Exclude Evidence by Partner Fusion Inc, Reservation Counter LLC, Travelpass Group LLC (Docket Entry #489)<br><br>• SEALED MOTION TO COMPEL by Choice Hotels International Inc, Marriott International Inc, Six Continents Hotels Inc (Docket Entry #505) |
|---|---|
| 9:30 | Attorney Announcements. |
| 9:30 | Mr. Schwegmann presents argument on Motion for Sanctions on behalf of Plaintiffs. |
| 10:08 | Mr. Poston responds. |
| 10:33 | Mr. Cashdon responds. |
| 10:35 | Mr. Schwegmann replies. |
| 10:42 | Mr. Poston responds. |
| 10:45 | Recess. |
| 11:01 | Mr. Bernick presents argument on Motion to Compel on behalf of Defendants. |
| 11:16 | Mr. Hardy responds. |
| 11:29 | Mr. Bernick replies. |
| 11:35 | Mr. Hardy responds. |
| 11:41 | Mr. Bernick replies. |
| 11:42 | Mr. Hardy presents argument on Motion to Exclude Evidence. |
| 11:56 | Mr. Cashdon responds. |
| 12:07 | Mr. Hardy replies. |
| 12:10 | Court addresses the parties. |
| 12:11 | Adjourned. |