# Exhibit B – Exhibit E Redacted in Their Entirety