# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, PARTNER FUSION, INC., RESERVATION COUNTER, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, CHOICE HOTELS INTERNATIONAL, INC., HILTON DOMESTIC OPERATING COMPANY, INC., HYATT HOTELS CORPORATION, MARRIOTT INTERNATIONAL, INC., RED ROOF INNS, INC., SIX CONTINENTS HOTELS, INC, WYNDHAM HOTEL GROUP, LLC<br><br>Defendants. | Civil Action No. 5:18-cv-00153-RWS-CMC |

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE OF PLAINTIFFS AND CHOICE HOTELS INTERNATIONAL, INC. UNDER FED. R. CIV. P. 41(a)(2) & (c)

The Court is in receipt of the joint motion to dismiss with prejudice of Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC ("Plaintiffs") and Defendant and Counterclaimant Choice Hotels International, Inc. ("Choice") (collectively, the "Parties"). Having considered the motion, it is ORDERED as follows:

1. Plaintiffs' claims in this action against Choice are dismissed with prejudice;

2. Choice counterclaims in this action against Plaintiffs are dismissed with prejudice; and

3. The Parties shall bear their own costs and attorneys' fees in connection with this action.