IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TRAVELPASS GROUP, LLC, PARTNER FUSION, INC. and RESERVATION COUNTER, LLC | § § § § | |
| v. | § § | Case No. 5:18-cv-153-RWS-CMC |
| CAESARS ENTERTAINMENT CORPORATION, ET AL. | § § § | |

## ORDER CONTINUING PRETRIAL CONFERENCE

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636. Originally, Plaintiff TravelPass Group, LLC and its predecessor or related entities, Reservation Counter, LLC, and Partner Fusion, Inc. ("Plaintiffs") filed this antitrust case against eight hotel chains. However, Plaintiffs' claims against seven of the hotel chains have been dismissed, leaving only Plaintiffs' claims against Marriott International, Inc. ("Defendant") and Defendant's claims against Plaintiffs. The undersigned currently has scheduled a pretrial conference October 5, 2021, with jury selection and trial scheduled before District Judge Schroeder beginning October 25, 2021.

The Court is of the opinion a short continuance of the pretrial conference is warranted. This will allow sufficient time for the Court to enter rulings on the pending motions and for the parties to file their pretrial objections and responses to those objections prior to the pretrial conference.[1]

---

[1] The Court recently entered the Eleventh Amended Docket Control Order, continuing two pretrial deadlines (the September 17, 2021 deadline for the Parties to file a Joint Final Pretrial Order, Joint Proposed Jury Instructions, and Form of the Verdict and the September 21, 2021 deadline for the Parties to file Notices of Time Requested for voir dire, opening statements, direct and cross examinations, and closing arguments and to file pretrial objections) to **September 30, 2021**. *See* Docket Entry # 692. The Court further notes the Parties' responses to the pending motions *in limine* are currently due **September 24, 2021**. To the extent the parties need additional time in light of the continuance of the

Therefore, the pretrial conference is hereby continued to October 20, 2021 at 10:00 a.m. Accordingly, it is

**ORDERED** that a pretrial conference is hereby scheduled before Caroline M. Craven, United States Magistrate Judge, at **10:00 a.m** on **October 20, 2021** at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana Texas.

**SIGNED this 21st day of September, 2021.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

pretrial conference, the parties may jointly move for a modest extension of those deadlines.