IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**JUDGE CAROLINE M. CRAVEN**
**LAW CLERK JENNIFER ORGERON**
**COURTROOM DEPUTY/ECRO HAILEE AMOX**
**COURT REPORTER SHAWN MCROBERTS**

| | | |
|---|---|---|
| **TRAVELPASS GROUP, LLC,** | § | |
| **PARTNER FUSION, INC.,** | § | |
| **RESERVATION COUNTER, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:18-CV-153-RWS-CMC** |
| | § | |
| **CAESARS ENTERTAINMENT** | § | |
| **CORPORATION, CHOICE** | § | |
| **HOTELS INTERNATIONAL, INC.** | § | |
| **HILTON DOMESTIC OPERATING** | § | |
| **COMPANY, INC., HYATT** | § | |
| **CORPORATION, MARRIOTT** | § | |
| **INTERNATIONAL, INC., RED** | § | |
| **ROOF INNS, INC., SIX** | § | |
| **CONTINENTS HOTELS, INC.,** | § | |
| **WYNDHAM HOTEL GROUP, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**ATTORNEYS FOR PLAINTIFFS: CHRIS SCHWEGMANN, CHRIS PATTON, RUBEN GARCIA, CORY JOHNSON, BARIRA MUNSHI, SAM HARDY, REBECCA ADAMS,**

**ATTORNEYS FOR DEFENDANT MARRIOTT: JENNIFER DOAN, COLE RIDDELL, JEFF POSTON, SHARI LAHLOU, THERESA COETZEE, DAVE ERVIN, JORDAN LUDWIG, THOMAS MILLER**

10/20/21

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 10:28 | Case called for pretrial conference |
| 10:29 | Attorney Announcements.<br><br>Attorneys Doan, Riddell, Lahlou, Poston, Ervin, Ludwig, Miller, and clients here |

|  |  |
|---|---|
|  | for Defendant Marriott.<br><br>Attorneys Schwegmann, Garcia, Johnson, Hardy, Adams, Patton, Munshi, and Cole for Plaintiff. |
| 10:30 | Court discussed COVID protocol. |
| 10:31 | Court discussed jury panel selection. |
| 10:32 | Court discussed requested trial times. No objections from either side regarding the sixteen hours by either side. |
| 10:34 | Court continued discussing courtroom procedures for trial. |
| 10:41 | Court discussed COVID procedure questions from the parties. |
| 10:41 | Ms. Doan asked two questions regarding transcripts and the overflow courtroom. |
| 10:41 | The Court answered. |
| 10:42 | Mr. Ludwig presented arguments on objections to Travelpass's exhibits (first category) |
| 10:45 | Mr. Johnson presented arguments on objections to Travelpass's exhibits (first category). |
| 10:48 | Court will take the issues under advisement. |
| 10:48 | Mr. Ludwig presented arguments on objections to Category 2 Travelpass's exhibits (292-294).<br>Mr. Ludwig presented argument on Exhibit 255. |
| 10:50 | Mr. Johnson responded. |
| 10:55 | Mr. Ludwig briefly replied. |
| 10:57 | Mr. Johnson responded. |
| 10:57 | Court will take the matter under advisement. |
| 10:57 | Mr. Ludwig discussed Exhibit 331 (First Category). |
| 10:58 | Short recess. |
| 11:03 | Mr. Garcia presented Travelpass's objections to Marriott's exhibits. |
| 11:06 | Mr. Ervin responded. |
| 11:08 | Mr. Garcia presented Travelpass's objections to the next set of Marriott's exhibits (Category 2) |
| 11:09 | Mr. Ludwig replied. |
| 11:09 | Court will take the issue under advisement. |
| 11:10 | Mr. Garcia presented Travelpass's objections to the next set of Marriott's exhibits (Category 3) |
| 11:11 | Mr. Ervin responded. |
| 11:12 | Mr. Garcia replied. Mr. Garcia presented objections to Marriott's exhibits (category 4). |
| 11:13 | Mr. Ludwig responded. |
| 11:15 | Mr. Garcia replied. Mr. Garcia presented objections to Marriott's exhibits (category 5) |
| 11:16 | Mr. Ludwig responded. |
| 11:18 | Mr. Garcia replied. Mr. Garcia presented objections to Marriott's exhibits (Expedia demonstrative). |
| 11:19 | Mr. Ludwig responded. |
| 11:21 | Ms. Munshi presented arguments on the last of Travelpass's objections to Marriott's |

| | |
|---|---|
| | exhibits (compilation exhibits)<br>• Subcategory 1 (9-13, 134, 135, 138-140, 366-367). |
| 11:25 | Mr. Irvin responded. |
| 11:29 | Ms. Munshi replied. |
| 11:32 | Mr. Irvin responded. |
| 11:33 | Ms. Munshi presented arguments on Travelpass's objections to Marriott's compilation exhibits<br>• Subcategory 2 and 3 |
| 11:36 | Mr. Irvin responded. |
| 11:38 | Ms. Munshi replied. Ms. Munshi presented arguments on Travelpass's objections to Marriott's compilation exhibits. |
| 11:40 | Mr. Irvin responded. |
| 11:41 | Ms. Munshi replied. Ms. Munshi presented arguments on Travelpass's objections to Marriott's compilation exhibits (subcategory 5 and exhibit 130). |
| 11:46 | Mr. Irvin responded. |
| 11:48 | Court asked question. |
| 11:49 | Mr. Irvin responded. |
| 11:50 | Court requested the parties confer on the compilation exhibits more. |
| 11:50 | Ms. Munshi presented arguments on Travelpass's objections to Marriott's exhibits. |
| 11:52 | Mr. Irvin responded. |
| 11:53 | Mr. Garcia clarified. |
| 11:54 | Court discussed rulings. |
| 11:54 | Mr. Schweggman asked the Court a question regarding a brief. |
| 11:55 | Court answered. |
| 11:56 | Mr. Schweggman updated the court regarding standard of review issue. |
| 11:56 | Ms. Doan responded and asked questions regarding jury composition. |
| 11:59 | Court responded. |
| 12:00 | Ms. Doan stated the Defendants consent to a fully vaccinated panel. |
| 12:01 | Adjourned. |