|  |  |
|---|---|
| TravelPass Group, LLC, Partner Fusion, Inc., Reservation Counter, LLC,<br><br>                  Plaintiffs,<br><br>      v.<br><br>Caesars Entertainment Corporation, Choice Hotels International, Inc., Hilton Domestic Operating Company Inc., Hyatt Hotels Corporation, Marriott International, Inc., Red Roof Inns, Inc., Six Continents Hotels, Inc., Wyndham Hotel Group, LLC,<br><br>                  Defendants. | Case No. 5:18-cv-153-RWS-CMC<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE REGARDING TRAVELPASS'S REMAINING OBJECTIONS TO MARRIOTT TRIAL EXHIBITS

Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC ("Plaintiffs") and Defendant Marriott International, Inc. ("Marriott") have conferred further regarding remaining objections to Marriott's trial exhibits and Plaintiffs have agreed to withdraw—to pre-admission—their objections to the following Marriott trial exhibits: 5, 8, 59, 61, 89, and 126.

Dated: October 20, 2021

/s/ Christopher J. Schwegmann
Christopher J. Schwegmann
State Bar No. 24051315
cschwegmann@lynnllp.com
Samuel B. Hardy, IV
State Bar No. 24074360
shardy@lynnllp.com
Christopher W. Patton
State Bar No. 24083634
cpatton@lynnllp.com
Ruben A. Garcia
State Bar No. 24101787
rgarcia@lynnllp.com
Cory C. Johnson
State Bar No. 24046162
cjohnson@lynnllp.com
Rebecca L. Adams
State Bar No. 24098255
radams@lynnllp.com
Barira Munshi
State Bar No. 24095924
bmunshi@lynnllp.com
**LYNN, PINKER, HURST & SCHWEGMANN, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

-and-

Todd M. Schneider (*pro hac vice*)
tschneider@schneiderwallace.com
Jason H. Kim (*pro hac vice*)
jkim@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY, L.L.P.**
2000 Powell Street, Suite 1400
Emeryville, California 94608
(415) 421-7100 Telephone
(415) 421-7105 Facsimile

*Attorneys for TravelPass*
*TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC.*

*/s/ Jennifer H. Doan (with permission)*
 Jennifer H. Doan
 Texas Bar No. 08809050
 Cole A. Riddell
 Texas Bar No. 24105423
HALTOM & DOAN
6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: criddell@haltondoan.com

Shari Ross Lahlou (*pro hac vice*)
Thomas J. Miller (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 261-3300
Fax: (202) 261-3333

Jeffrey L. Poston (*pro hac vice*)
David Ervin (*pro hac vice*)
Britton Davis (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

Jordan L. Ludwig (*pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street, Floor 40
Los Angeles, California 90071
Telephone: (213) 622-4750

***Counsel for Defendant Marriott International, Inc.***

## CERTIFICATE OF SERVICE

I certify that this filing was served on all counsel of record via the Court's ECF system on October 20, 2021.

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann
