IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TravelPass Group, LLC, Partner Fusion, Inc., Reservation Counter, LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>Caesars Entertainment Corporation, Choice Hotels International, Inc., Hilton Domestic Operating Company Inc., Hyatt Hotels Corporation, Marriott International, Inc., Red Roof Inns, Inc., Six Continents Hotels, Inc., Wyndham Hotel Group, LLC,<br><br>            Defendants. | Case No. 5:18-cv-153-RWS-CMC<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC hereby designate Chris J. Schwegmann of Lynn Pinker Hurst & Schwegmann, LLP, 2100 Ross Ave., Suite 2700, Dallas, TX 75201 as its lead counsel for purposes of this case.

Dated: October 20, 2021

/s/ *Christopher J. Schwegmann*
Christopher J. Schwegmann
State Bar No. 24051315
cschwegmann@lynnllp.com
Samuel B. Hardy, IV
State Bar No. 24074360
shardy@lynnllp.com
Christopher W. Patton
State Bar No. 24083634
cpatton@lynnllp.com
Ruben A. Garcia
State Bar No. 24101787
rgarcia@lynnllp.com
Cory C. Johnson
State Bar No. 24046162
cjohnson@lynnllp.com
Rebecca L. Adams
State Bar No. 24098255
radams@lynnllp.com
Barira Munshi
State Bar No. 24095924
bmunshi@lynnllp.com
**LYNN, PINKER, HURST & SCHWEGMANN, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

-and-

Todd M. Schneider (*pro hac vice*)
tschneider@schneiderwallace.com
Jason H. Kim (*pro hac vice*)
jkim@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY, L.L.P.**
2000 Powell Street, Suite 1400
Emeryville, California 94608
(415) 421-7100 Telephone
(415) 421-7105 Facsimile

*Attorneys for TravelPass*
*TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC.*

## CERTIFICATE OF SERVICE

      I certify that this filing was served on all counsel of record via the Court's ECF system on October 20, 2021.

                                                */s/ Christopher J. Schwegmann*
                                                Christopher J. Schwegmann