IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP LLC, et al § | |
| § | |
| V.  § | CIVIL NO. 5:18cv153 |
| § | |
| MARRIOTT INTERNATIONAL, § | |
| INC.  § | |

MINUTES FOR FIFTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
OCTOBER 29, 2021

OPEN: 8:40 a.m.                                                                          ADJOURN: 5:05 p.m.

ATTORNEYS FOR PLAINTIFFS:   See Attorney Sign In Sheet

ATTORNEYS FOR DEFENDANT:   See Attorney Sign In Sheet

LAW CLERK:                  Andrew Schreiber

COURTROOM DEPUTY:           Betty Schroeder

COURT REPORTER:             Shawn McRoberts

| | |
|---|---|
| 8:40 a.m. | Outside the presence of the jury, the Court and parties discuss order of witnesses; Mr. Schwegmann announces that the plaintiffs will conditionally rest |
| 8:42 a.m. | Jury seated |
| 8:46 a.m. | Ms. Munshi and Mr. Akin read into the record exhibits previously used |
| 8:49 a.m. | Mr. Schwegmann announces that the plaintiffs conditionally rest |
| 8:49 a.m. | Ms. Lahlou calls Dr. Catherine Tucker; witness sworn in |
| 8:50 a.m. | Ms. Lahlou begins direct examination of Dr. Tucker |
| 9:32 a.m. | Mr. Patton begins cross examination of Dr. Tucker |

| Time | Event |
|---|---|
| 9:40 a.m. | Courtroom sealed |
| 9:41 a.m. | Objection by Ms. Lahlou; Court - rephrase the question |
| 9:42 a.m. | Courtroom unsealed |
| 10:12 a.m. | Ms. Lahlou begins redirect examination of Dr. Tucker |
| 10:16 a.m. | Mr. Patton begins recross examination of Dr. Tucker |
| 10:19 a.m. | Court asks for questions from the jury |
| 10:20 a.m. | Bench conference |
| 10:21 a.m. | Court questions Dr. Tucker; Dr. Tucker responds |
| 10:25 a.m. | Mr. Patton questions Dr. Tucker; Dr. Tucker responds |
| 10:27 a.m. | Jury excused |
| 10:27 a.m. | Recess |
| 10:46 a.m. | Jury seated |
| 10:46 a.m. | Ms. Doan calls Nicolette Harper; witness sworn in |
| 10:47 a.m. | Ms. Doan begins direct examination of Ms. Harper |
| 11:23 a.m. | Objection by Mr. Patton; Ms. Doan responds - will rephrase the question |
| 11:29 a.m. | Objection by Mr. Patton; Ms. Doan responds; Court - rephrase the question |
| 11:33 a.m. | Mr. Patton begins cross examination of Ms. Harper |
| 11:35 a.m. | Objection by Ms. Doan; Court - overruled |
| 11:35 a.m. | Objection by Ms. Doan; Court - overruled |
| 11:52 a.m. | Objection by Ms. Doan; Court - rephrase the question |
| 12:04 p.m. | Ms. Doan begins redirect examination of Ms. Harper |
| 12:06 p.m. | Objection by Mr. Patton; Court - sustained |
| 12:07 p.m. | Objection by Mr. Patton; Court - sustained |

| | |
|---|---|
| 12:11 p.m. | Court asks for questions from the jury |
| 12:12 p.m. | Bench conference |
| 12:13 p.m. | Court questions Ms. Harper; Ms. Harper responds |
| 12:17 p.m. | Ms. Doan questions Ms. Harper; Ms. Harper responds |
| 12:18 p.m. | Objection by Mr. Patton; Court - rephrase the question |
| 12:19 p.m. | Mr. Patton questions Ms. Harper; Ms. Harper responds |
| 12:21 p.m. | Jury excused |
| 12:22 p.m. | Recess |
| 1:25 p.m. | Jury seated |
| 1:27 p.m. | Ms. Lahlou calls Dr. Stephen Becker; witness sworn in |
| 1:28 p.m. | Ms. Lahlou begins direct examination of Dr. Becker |
| 1:55 p.m. | Objection by Mr. Cory Johnson; Court - rephrase the question |
| 2:56 p.m. | Jury excused |
| 2:57 p.m. | Recess |
| 3:15 p.m. | Outside the presence of the jury, Ms. Munshi objects to video deposition designations to be used by the defendant; Ms. Doan responds; Court responds |
| 3:22 p.m. | Jury seated |
| 3:23 p.m. | Mr. Johnson begins cross examination of Dr. Becker |
| 4:19 p.m. | Courtroom sealed |
| 4:36 p.m. | Courtroom unsealed |
| 4:38 p.m. | Ms. Lahlou begins redirect examination of Dr. Becker |
| 4:39 p.m. | Objection by Mr. Johnson; Court - rephrase the question |
| 4:41 p.m. | Objection by Mr. Johnson; Court - rephrase the question |
| 4:42 p.m. | Court asks for questions from the jury |

| | |
|---|---|
| 4:43 p.m. | No questions |
| 4:43 p.m. | Bench conference |
| 4:44 p.m. | Ms. Doan calls James Hall via deposition (reads into the record) |
| 5:03 p.m. | Jury excused |
| 5:04 p.m. | Outside the presence of the jury, Court reminds the parties to file a revised set of jury instructions by noon on Sunday |
| 5:05 p.m. | Recess |