# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| TravelPass Group, LLC, Partner Fusion, Inc., Reservation Counter, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Caesars Entertainment Corporation, Choice Hotels International, Inc., Hilton Domestic Operating Company Inc., Hyatt Hotels Corporation, Marriott International, Inc., Red Roof Inns, Inc., Six Continents Hotels, Inc., Wyndham Hotel Group, LLC, <br><br> Defendants. | Case No. 5:18-cv-153-RWS-CMC <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION

Pursuant to the Court's Standing Order regarding notifying the Court when a matter has been resolved, Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc., and Reservation Counter, LLC ("TravelPass") and Defendant Marriott International, Inc. ("Marriott") jointly notify the Court that all matters in controversy between TravelPass and Marriott have been resolved. The Parties have jointly agreed to dismiss all of their claims with prejudice.

As such, TravelPass and Marriott respectfully request the Court stay all remaining deadlines, including the ongoing jury trial, five (5) days so that the Parties may submit the appropriate dismissal papers.

Respectfully submitted,

| | |
|---|---|
| /s/ *Christopher J. Schwegmann* | /s/ *Jennifer H. Doan* |
| Christopher J. Schwegmann | Jennifer H. Doan |
| cschwegmann@lynnllp.com | Texas Bar No. 08809050 |
| Christopher W. Patton | Cole A. Riddell |
| cpatton@lynnllp.com | Texas Bar No. 24105423 |
| Samuel B. Hardy, IV | HALTOM & DOAN |
| shardy@lynnllp.com | 6500 Summerhill Rd., Suite 100 |
| Ruben A. Garcia | Texarkana, TX 75503 |
| rgarcia@lynnllp.com | Telephone: (903) 255-1000 |
| Cory C. Johnson | Facsimile: (903) 255-0800 |
| cjohnson@lynnllp.com | Email: jdoan@haltomdoan.com |
| LYNN, PINKER, HURST & | Email: criddell@haltondoan.com |
| SCHWEGMANN, L.L.P. | |
| 2100 Ross Avenue, Suite 2700 | Shari Ross Lahlou |
| Dallas, Texas 75201 | Dechert LLP |
| (214) 981-3800 Telephone | 1900 K Street, NW |
| (214) 981-3839 Facsimile | Washington, DC 20006 |
| | Telephone: (202) 261-3300 |
| -and- | Facsimile: (202) 261-3333 |
| | Email: shari.lahlou@dechert.com |
| Todd M. Schneider (pro hac vice) | |
| tschneider@schneiderwallace.com | Jeffrey L. Poston |
| Jason H. Kim (pro hac vice) | Luke van Houwelingen |
| jkim@schneiderwallace.com | Britton D. Davis |
| SCHNEIDER WALLACE COTTRELL | Crowell & Moring LLP |
| KONECKY LLP | 1001 Pennsylvania Ave., NW |
| 2000 Powell Street, Suite 1400 | Washington, DC 20004 |
| Emeryville, California 94608 | Telephone: (202) 624-2500 |
| (415) 421-7100 Telephone | Facsimile: (202) 624-5116 |
| (415) 421-7105 Facsimile | Email: JPoston@crowell.com |
| | Email: LvanHouwelingen@crowell.com |
| | Email: BDavis@crowell.com |
| **COUNSEL FOR PLAINTIFFS** | |
| **TRAVELPASS GROUP, LLC.** | Jordan Ludwig |
| **PARTNER FUSION INC., AND** | Crowell & Moring LLP |
| **RESERVATION COUNTER, LLC** | 515 South Flower St., 40th Floor |
| | Los Angeles, CA  90071 |
| | Telephone: (213) 622-4750 |
| | Facsimile: (213) 622-2690 |
| | Email: JLudwig@crowell.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **MARRIOTT INTERNATIONAL, INC.** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION** – Page 2

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(h).  The Parties file this notice jointly, and it is agreed.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

## CERTIFICATE OF SERVICE

I certify that on the 30th day of October, 2021, the foregoing document was served upon all counsel of record via the Court's ECF system.

*/s/ Jennifer H. Doan*
Jennifer H. Doan