IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TRAVELPASS GROUP LLC, et al | § § | |
| V. | § § | CIVIL NO. 5:18cv153 |
| MARRIOTT INTERNATIONAL, INC. | § § § | |

MINUTES FOR SIXTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
NOVEMBER 1, 2021

OPEN: 8:59 a.m.                                                                 ADJOURN: 9:15 a.m.

ATTORNEYS FOR PLAINTIFFS:   See Attorney Sign In Sheet

ATTORNEYS FOR DEFENDANT:   See Attorney Sign In Sheet

LAW CLERK:                  Andrew Schreiber

COURTROOM DEPUTY:           Betty Schroeder

COURT REPORTER:             Kelly Bryant

| | |
|---|---|
| 8:59 a.m. | Outside presence of the jury, Court and parties discuss filing of dismissal papers |
| 9:00 a.m. | Jury seated |
| 9:01 a.m. | Court informs the jury the case has settled and thanks them for their service |
| 9:07 a.m. | Mr. Schwegmann addresses the jury |
| 9:09 a.m. | Mr. Poston addresses the jury |
| 9:10 a.m. | Court informs the jury they are now free to discuss the case |
| 9:14 a.m. | Jury released |
| 9:15 a.m. | Adjourned |