IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, *et al.*, | § §  § |
| *Plaintiffs*, | § CIVIL ACTION NO. 5:18-CV-00153-RWS § § |
| v. | § § |
| MARRIOTT INTERNATIONAL, INC., | § § § |
| *Defendant*. | § § § |

# ORDER

Before the Court is Plaintiffs TravelPass Group, LLC, Partner Fusion, Inc. and Reservation Counter, LLC (collectively "TravelPass") and Defendant Marriott International, Inc.'s ("Marriott") Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Docket No. 849. Given the parties' representations in the motion and finding good cause, the Court **GRANTS** the motion. It is therefore

**ORDERED** that the claims which have or could have been asserted herein by TravelPass against Marriott are hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the claims which have or could have been asserted herein by Marriott against TravelPass are hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the parties shall bear their own attorneys' fees and costs. Any pending requested relief is hereby **DENIED-AS-MOOT**. It is further

**ORDERED** that within fourteen (14) days of the trial transcript being docketed the parties shall meet and confer to discuss whether any portions of the trial transcript previously designated as sealed by the parties may be unsealed. If so, the parties shall thereafter submit a

proposal to unseal portions of the trial transcript.  If, in the course of this review, the parties determine that any additional portion of the trial transcript needs to be redacted, the parties may submit proposed redactions to the Court.

The parties are reminded to limit the number of sealed portions and to consider the public's interest in open judicial proceedings. The parties should be able to provide a brief, particularized explanation for why each additional requested portion of the transcript should be sealed.

**So ORDERED and SIGNED this 1st day of November, 2021.**

*[Signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE