# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, *et al.*, | § |
| | § |
| *Plaintiffs*, | § CIVIL ACTION NO. 5:18-CV-00153-RWS |
| | § |
| v. | § |
| | § |
| MARRIOTT INTERNATIONAL, INC., | § |
| | § |
| *Defendant*. | § |

## ORDER

Previously, the Court ordered the parties to submit a proposed publicly-available redacted version of the Court's Order Adopting the October 12, 2021 Report and Recommendation of the United States Magistrate Judge (Docket No. 772) regarding the motions for summary judgment pertaining to Marriott's counterclaims (Docket Nos. 558, 560, 565). Docket No. 773. Neither party has requested redactions within seven (7) days as required by the order. *Id*. at 1–2. The Clerk is therefore directed to unseal the Court's Order Adopting the Report and Recommendation (Docket No. 772).

**So ORDERED and SIGNED this 9th day of November, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE