IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> MARRIOTT INTERNATIONAL, INC., § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 5:18-CV-00153-RWS |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

ORDERED that the above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 29th day of December, 2021.

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE